**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:   Faith Stead

                                                                     Case No.: 5-18-00047 MJC

                                                                       Chapter 13

**Debtor(s)**

### NOTICE OF FINAL CURE PAYMENT

According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the pre-petition and post-petition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.

**PART 1: MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | Select Portfolio |
| Court Claim Number: | 01 |
| Last Four of Loan Number: | 2774 |
| Property Address if applicable: | 498 Little Walker Rd |

**PART 2: CURE AMOUNT**

**Total cure disbursement made by the trustee:**

| | | | |
|---|---|---|---|
| a. | Allowed prepetition arrearages: | | $34,162.31 |
| b. | Prepetition arrearages paid by the trustee: | | $34,162.31 |
| c. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | | $0.00 |
| e. | Allowed postpetition arrearage: | | $12,516.42 |
| f. | Postpetition arrearage paid by the trustee: | | $12,516.42 |
| g. | Total b, d, and f: | | $46,678.73 |

**PART 3: POSTPETITION MORTGAGE PAYMENT**

Mortgage is/was paid directly by the debtor(s).

**PART 4: A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs and escrow amounts due, and (ii) consistent with §1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

Dated: February 24, 2025

                                                  Respectfully submitted,

                                          /s/ Jack N. Zaharopoulos
                                          Standing Chapter 13 Trustee
                                          Suite A, 8125 Adams Drive
                                          Hummelstown, PA  17036
                                          Phone:  (717) 566-6097
                                          Fax:  (717) 566-8313
                                          email:  info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Re: Faith Stead

Case No.: 5-18-00047 MJC

Chapter 13

**Debtor(s)**

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on February 24, 2025, I served a copy of this Notice of Final Cure Payment on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

**Served Electronically**
Vern S. Lazaroff, Esquire
143 Pike St
PO Box 1108
Port Jervis NY 12771

**Served by First Class Mail**
Select Portfolio Servicing, Inc
PO Box 65250
Salt Lake City UT 84165

Faith Stead
498 Little Walker Rd
Shohola PA 18458

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 24, 2025

/s/ Liz Joyce
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# Disbursements for Claim

**Case:** 18-00047    **FAITH STEAD**

**SELECT PORTFOLIO SERVICING**
MC 240
P.O. BOX 65450
SALT LAKE CITY, UT  841(

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** 2774/post arrears Little Wall

12/18 1 AP  POST ARREARS LITTLE WALKER RD/SEE CLAIM 001 NOTE

|  |  |  |
|---|---|---|
| **Debt:** $12,516.42 | **Interest Paid:** $0.00 | |
| **Amt Sched:** $0.00 | **Accrued Int:** $0.00 | |
| **Amt Due:** $0.00    **Paid:** $12,516.42 | **Balance Due:** $0.00 | |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| **5210** | **SELECT PORTFOLIO SERVICING** | | | | | | | |
| 521-0 | SELECT PORTFOLIO SERVICING | | 02/19/2025 | 2045138 | $266.19 | $0.00 | $266.19 | |
| 521-0 | SELECT PORTFOLIO SERVICING | | 12/17/2024 | 2043242 | $216.59 | $0.00 | $216.59 | 12/31/2024 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 11/19/2024 | 2042300 | $216.59 | $0.00 | $216.59 | 11/29/2024 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 10/23/2024 | 2041338 | $433.19 | $0.00 | $433.19 | 10/31/2024 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 08/07/2024 | 2039324 | $433.18 | $0.00 | $433.18 | 08/16/2024 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 06/18/2024 | 2037612 | $433.19 | $0.00 | $433.19 | 06/27/2024 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 05/22/2024 | 2036719 | $1,011.18 | $0.00 | $1,011.18 | 05/31/2024 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 03/14/2024 | 2034750 | $216.59 | $0.00 | $216.59 | 03/26/2024 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 02/14/2024 | 2033786 | $216.59 | $0.00 | $216.59 | 02/27/2024 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 01/12/2024 | 2032847 | $216.59 | $0.00 | $216.59 | 01/30/2024 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 10/18/2023 | 2030063 | $216.59 | $0.00 | $216.59 | 10/26/2023 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 09/19/2023 | 2029082 | $457.09 | $0.00 | $457.09 | 09/28/2023 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 08/09/2023 | 2028064 | $227.89 | $0.00 | $227.89 | 08/17/2023 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 07/11/2023 | 2027075 | $227.89 | $0.00 | $227.89 | 07/20/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | DisbDescrp | |
| 521-0 | SELECT PORTFOLIO SERVICING | | 06/13/2023 | 2026156 | $218.95 | $0.00 | $218.95 | 06/21/2023 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 04/18/2023 | 2024225 | $968.55 | $0.00 | $968.55 | 04/26/2023 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 01/18/2023 | 2021185 | $218.95 | $0.00 | $218.95 | 01/27/2023 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 10/18/2022 | 2018202 | $230.95 | $0.00 | $230.95 | 10/26/2022 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 08/17/2022 | 2016122 | $230.96 | $0.00 | $230.96 | 08/24/2022 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 07/13/2022 | 2015053 | $445.89 | $0.00 | $445.89 | 07/25/2022 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 06/14/2022 | 2014078 | $214.95 | $0.00 | $214.95 | 06/23/2022 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 05/17/2022 | 2013064 | $214.94 | $0.00 | $214.94 | 05/27/2022 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 04/12/2022 | 2011964 | $214.94 | $0.00 | $214.94 | 05/11/2022 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 02/16/2022 | 2009951 | $429.89 | $0.00 | $429.89 | 02/28/2022 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 01/19/2022 | 2008997 | $214.94 | $0.00 | $214.94 | 01/26/2022 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 12/15/2021 | 2007973 | $214.95 | $0.00 | $214.95 | 12/29/2021 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 10/14/2021 | 2005929 | $214.94 | $0.00 | $214.94 | 10/28/2021 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 08/18/2021 | 2003891 | $442.60 | $0.00 | $442.60 | 08/25/2021 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 07/14/2021 | 2002801 | $221.30 | $0.00 | $221.30 | 07/21/2021 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 06/16/2021 | 2001818 | $221.30 | $0.00 | $221.30 | 06/24/2021 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 05/18/2021 | 2000834 | $221.31 | $0.00 | $221.31 | 06/01/2021 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 02/13/2020 | 1214158 | $62.54 | $0.00 | $62.54 | 02/24/2020 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 12/12/2019 | 1211449 | $266.43 | $0.00 | $266.43 | 12/19/2019 |
| 521-0 | SELECT PORTFOLIO SERVICING | | 10/10/2019 | 1208878 | $268.94 | $0.00 | $268.94 | 10/22/2019 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 521-0 | SELECT PORTFOLIO SERVICING | | 09/26/2019 | 1207838 | $1,988.86 | $0.00 | $1,988.86 | 10/04/2019 |

| | | | | Sub-totals: | $12,516.42 | $0.00 | $12,516.42 | |
| | | | | Grand Total: | $12,516.42 | $0.00 | | |

# Disbursements for Claim

**Case:** 18-00047  **FAITH STEAD**

**SELECT PORTFOLIO SERVICING**
MC 240
P.O. BOX 65450
SALT LAKE CITY, UT  841

Sequence: 24
Modify:
Filed Date: 2/22/2018 12:00:00AM
Hold Code:

Acct No: 2774/PRE ARREARS/498 LITT

SEE CLAIM 001 NOTE

|  |  |  |
|---|---|---|
| Debt: $34,162.31 | Interest Paid: $0.00 | |
| Amt Sched: $221,756.51 | Accrued Int: $0.00 | |
| Amt Due: $0.00 | Paid: $34,162.31 | Balance Due: $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| **5200** | **SELECT PORTFOLIO SERVICING** | | | | | | | |
| 520-0 | SELECT PORTFOLIO SERVICING | | 02/19/2025 | 2045138 | $726.53 | $0.00 | $726.53 | |
| 520-0 | SELECT PORTFOLIO SERVICING | | 12/17/2024 | 2043242 | $591.17 | $0.00 | $591.17 | 12/31/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 11/19/2024 | 2042300 | $591.17 | $0.00 | $591.17 | 11/29/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 10/23/2024 | 2041338 | $1,182.33 | $0.00 | $1,182.33 | 10/31/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 08/07/2024 | 2039324 | $1,182.34 | $0.00 | $1,182.34 | 08/16/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 06/18/2024 | 2037612 | $1,182.33 | $0.00 | $1,182.33 | 06/27/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 05/22/2024 | 2036719 | $2,759.90 | $0.00 | $2,759.90 | 05/31/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 03/14/2024 | 2034750 | $591.17 | $0.00 | $591.17 | 03/26/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 02/14/2024 | 2033786 | $591.17 | $0.00 | $591.17 | 02/27/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 01/12/2024 | 2032847 | $591.17 | $0.00 | $591.17 | 01/30/2024 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 10/18/2023 | 2030063 | $591.17 | $0.00 | $591.17 | 10/26/2023 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 09/19/2023 | 2029082 | $1,247.55 | $0.00 | $1,247.55 | 09/28/2023 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 08/09/2023 | 2028064 | $622.01 | $0.00 | $622.01 | 08/17/2023 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 07/11/2023 | 2027075 | $622.01 | $0.00 | $622.01 | 07/20/2023 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total DisbDescrp | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | SELECT PORTFOLIO SERVICING | | 06/13/2023 | 2026156 | $597.59 | $0.00 | $597.59 | 06/21/2023 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 04/18/2023 | 2024225 | $2,643.57 | $0.00 | $2,643.57 | 04/26/2023 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 01/18/2023 | 2021185 | $597.59 | $0.00 | $597.59 | 01/27/2023 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 10/18/2022 | 2018202 | $630.37 | $0.00 | $630.37 | 10/26/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 08/17/2022 | 2016122 | $630.36 | $0.00 | $630.36 | 08/24/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 07/13/2022 | 2015053 | $1,217.04 | $0.00 | $1,217.04 | 07/25/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 06/14/2022 | 2014078 | $586.66 | $0.00 | $586.66 | 06/23/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 05/17/2022 | 2013064 | $586.67 | $0.00 | $586.67 | 05/27/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 04/12/2022 | 2011964 | $586.67 | $0.00 | $586.67 | 05/11/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 02/16/2022 | 2009951 | $1,173.33 | $0.00 | $1,173.33 | 02/28/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 01/19/2022 | 2008997 | $586.67 | $0.00 | $586.67 | 01/26/2022 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 12/15/2021 | 2007973 | $586.66 | $0.00 | $586.66 | 12/29/2021 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 10/14/2021 | 2005929 | $586.67 | $0.00 | $586.67 | 10/28/2021 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 08/18/2021 | 2003891 | $1,208.04 | $0.00 | $1,208.04 | 08/25/2021 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 07/14/2021 | 2002801 | $604.02 | $0.00 | $604.02 | 07/21/2021 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 06/16/2021 | 2001818 | $604.02 | $0.00 | $604.02 | 06/24/2021 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 05/18/2021 | 2000834 | $604.01 | $0.00 | $604.01 | 06/01/2021 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 02/13/2020 | 1214158 | $170.71 | $0.00 | $170.71 | 02/24/2020 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 12/12/2019 | 1211449 | $727.22 | $0.00 | $727.22 | 12/19/2019 |
| 520-0 | SELECT PORTFOLIO SERVICING | | 10/10/2019 | 1208878 | $734.04 | $0.00 | $734.04 | 10/22/2019 |

| Claim | name | Type | Date | Check # | Principal | Interest DisbDescrp | Total | Reconciled |
|---|---|---|---|---|---|---|---|---|
| 520-0 | SELECT PORTFOLIO SERVICING | | 09/26/2019 | 1207838 | $5,428.38 | $0.00 | $5,428.38 | 10/04/2019 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  | **Sub-totals:** | **$34,162.31** | **$0.00** | **$34,162.31** |
|  |  | **Grand Total:** | **$34,162.31** | **$0.00** |  |