Fill in this information to identify the case:

Debtor1    Faith Stead

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the : MIDDLE District of Pennsylvania
(State)
Case number 5:18-bk-00047-MJC

## Form 4100R
## Response to Notice of Final Cure                                  10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

| Part 1: | **Mortgage Information** |
|---|---|

**Name of creditor:** U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association as trustee, on behalf of the holders of the MASTR Alternative Loan Trust 2005-6 Mortgage Pass-Through Certificates, Series 2005-6

**Court claim no.** (if known): 1-1

**Last 4 digits** of any number you use to identify the debtor's account: 2774

**Property address:**     498 LITTLE WALKER RD ,
                          Number          Street

                          SHOHOLA, PA 18458
                          City                    State     ZIP Code

| Part 2: | **Prepetition Default Payments** |
|---|---|

*Check one:*

[X]    Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]    Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                      $_____

| Part 3: | **Postpetition Mortgage** |
|---|---|

*Check one:*

[ ]    Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

       The next postpetition payment from the debtor(s) is due on:          ____/____/_____
                                                                            MM/DD/YYYY

[X]    Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

       Creditor asserts that the total amount remaining unpaid as of the date of this response is:

       a. Total postpetition ongoing payments due:                              (a) $40,554.86

       b. Less Suspense Balance:                                              - (b) $238.33

       c. Total. Subtract lines a and b.                                         (c) $40,316.53

       Creditor asserts that the debtor(s) are contractually
       obligated for the postpetition payment(s) that first became
       due on:                                             09 / 01 / 2023
                                                           MM/ DD/ YYYY

| Part 4: | Itemized Payment History |
|---|---|

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X] all payments received;

[X] all fees, costs, escrow, and expenses assessed to the mortgage; and

[X] all amounts the creditor contends remain unpaid

| Part 5: | Sign Here |
|---|---|

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**X**    /s/Ù@·¦¦ãÜŒÖ¾\•                    Date ÁÄ£Þ¦ £Œ€Gí
       Signature

Print        <u>Sherri R. Dicks</u>                   Title <u>Authorized Agent</u>
           First Name        Middle Name        Last Name

Company        <u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>

**If different from the notice address listed on the proof of claim to which this response applies:**

Address        <u>130 Clinton Rd #202</u>
           Number          Street

           <u>Fairfield</u>          <u>NJ</u>          <u>07004</u>
           City             State          ZIP Code

Contact        470-321-7112                           Email sdicks@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on _____March 14, 2025_____, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Faith Stead
498 Little Walker Road
Shohola, PA 18458

And via electronic mail to:

Vern S. Lazaroff
PO Box 1108
143 Pike Street
Port Jervis, NY 12771

Jack N Zaharopoulos
Standing Chapter 13
(Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102

By: /s/ Justine Bennett
Justine Bennett
Email: Jusbennett@raslg.com

# Chapter 13 Filed Payment Change Reconciliation



Preparation Date:

Prepared by:

| 03/10/25 |
|---|
| Reagan S. |

Approved date:     3/10/2025

Approved by:     Mindy F.

**Loan Information:**

| | |
|---|---|
| Loan Number | X X X X X X 2774 |
| Debtors Name - 1 | JOSEPH STEAD |
| Debtors Name - 2 | FAITH STEAD |
| Property Address | 498 LITTLE WALKER RD |
| Property State | PA |

**Bankruptcy Information:**

| | |
|---|---|
| Bankruptcy Case # | 18-00047 |
| Filing Date: | 1/8/2018 |
| Person filing: | M2 |
| Number of previous filings: | 1 |

**Post petition due**

| | |
|---|---|
| Post petition due date: | 09/01/23 |
| Post petition $$$ due: | $40,316.53 |
| Post petition insurance: | $0.00 |
| Post petition taxes: | $0.00 |
| | |
| Total Post petition due | **$40,316.53** |

| Comment |
|---|
| Post-petition taxes and insurance included in annual escrow analysis and added to monthly payments. |

**Post-Petition Payment History Detail**

| Date Pmnt Rcvd | Post Due Dt | System PMT | Filed PMT | $ Received | Comments |
|---|---|---|---|---|---|
| | | | | | |
| 02/28/18 | Partial | | $0.00 | $2,086.07 | |
| 04/02/18 | 02/01/18 | $2,329.05 | $2,086.07 | $2,086.07 | |
| 04/30/18 | 03/01/18 | $2,329.05 | $2,086.07 | $2,086.07 | |
| 06/28/18 | 04/01/18 | $2,329.05 | $2,086.07 | $2,086.07 | |
| 07/18/18 | 05/01/18 | $2,329.05 | $2,086.07 | $2,086.07 | |
| 05/20/19 | 06/01/18 | $2,329.05 | $2,086.07 | $2,632.07 | |
| | 07/01/18 | | $0.00 | | Agreed Order/Amended Plan |
| | 08/01/18 | | $0.00 | | Agreed Order/Amended Plan |
| | 09/01/18 | | $0.00 | | Agreed Order/Amended Plan |
| | 10/01/18 | | $0.00 | | Agreed Order/Amended Plan |
| | 11/01/18 | | $0.00 | | Agreed Order/Amended Plan |
| | 12/01/18 | | $0.00 | | Agreed Order/Amended Plan |
| | Suspense Rollover | | $0.00 | $1,417.17 | |
| 06/28/19 | 01/01/19 | $2,329.05 | $2,086.07 | $2,632.07 | |
| 07/23/19 | 02/01/19 | $2,329.05 | $2,087.70 | $2,632.07 | |
| 08/28/19 | 03/01/19 | $2,329.05 | $2,087.70 | $2,632.07 | |
| 10/10/19 | 04/01/19 | $2,329.05 | $2,087.70 | $2,632.07 | |
| | 05/01/19 | $2,329.05 | $2,087.70 | | |
| 11/05/19 | 06/01/19 | $2,087.70 | $2,087.70 | $2,632.07 | |
| 06/19/20 | 07/01/19 | $2,087.70 | $2,087.70 | $11,000.00 | |
| | 08/01/19 | $2,087.70 | $2,087.70 | | |
| | 09/01/19 | $2,087.70 | $2,087.70 | | |
| | 10/01/19 | $2,087.70 | $2,087.70 | | |
| 07/08/20 | 11/01/19 | $2,087.70 | $2,087.70 | $2,329.05 | |
| | 12/01/19 | $2,087.70 | $2,087.70 | | |
| 07/22/20 | 01/01/20 | $2,087.70 | $2,087.70 | $2,329.05 | |
| 09/15/20 | 02/01/20 | $2,087.70 | $2,087.70 | $2,329.05 | |
| | 03/01/20 | $2,087.70 | $2,087.70 | | |
| 10/06/20 | 04/01/20 | $2,087.70 | $2,087.70 | $2,329.05 | |
| 11/18/20 | 05/01/20 | $2,099.27 | $2,099.27 | $2,329.05 | |
| 01/26/21 | 06/01/20 | $2,099.27 | $2,099.27 | $2,329.05 | |
| 02/27/21 | 07/01/20 | $2,099.27 | $2,099.27 | $2,329.05 | |
| 03/02/21 | 08/01/20 | $2,099.27 | $2,099.27 | $2,329.05 | |
| 03/19/21 | 09/01/20 | $2,099.27 | $2,099.27 | $2,329.05 | |
| 05/05/21 | 10/01/20 | $2,099.27 | $2,099.27 | $2,329.05 | |
| 06/11/21 | 11/01/20 | $2,099.27 | $2,099.27 | $2,329.05 | |
| 07/14/21 | 12/01/20 | $2,099.27 | $2,099.27 | $2,329.05 | |
| | 01/01/21 | $2,099.27 | $2,099.27 | | |
| 08/10/21 | 02/01/21 | $2,099.27 | $2,099.27 | $2,329.05 | |
| 09/30/21 | 03/01/21 | $2,099.27 | $2,099.27 | $2,087.70 | |
| 11/15/21 | 04/01/21 | $2,104.82 | $2,104.82 | $2,087.70 | |
| 12/16/21 | 05/01/21 | $2,104.82 | $2,104.82 | $2,087.70 | |
| 01/12/22 | 06/01/21 | $2,104.82 | $2,104.82 | $2,087.70 | |
| | | $2,104.82 | $2,104.82 | $2,087.70 | |

The contents of this document are RESTRICTED to authorized individuals. Any retention, use, address, up or duplication is prohibited.

| | | | | |
|---|---|---|---|---|
| 05/03/22 | 08/01/21 | $2,104.82 | $2,104.82 | $2,087.70 |
| 06/30/22 | 09/01/21 | $2,104.82 | $2,104.82 | $2,087.70 |
| 07/25/22 | 10/01/21 | $2,104.82 | $2,104.82 | $2,087.70 |
| 08/31/22 | 11/01/21 | $2,104.82 | $2,104.82 | $2,087.70 |
| 11/04/22 | 12/01/21 | $2,104.82 | $2,104.82 | $2,087.70 |
| 12/09/22 | 01/01/22 | $2,104.82 | $2,104.82 | $2,087.70 |
| 05/15/23 | 02/01/22 | $2,104.82 | $2,104.82 | $2,087.70 |
| 07/28/23 | 03/01/22 | $2,106.93 | $2,106.93 | $2,087.70 |
| 08/11/23 | 04/01/22 | $2,106.93 | $2,106.93 | $2,087.70 |
| 09/11/23 | Partial | | $0.00 | $2,087.70 |
| 10/20/23 | 05/01/22 | $2,106.93 | $2,106.93 | $2,087.70 |
| 02/26/24 | 06/01/22 | $2,106.93 | $2,106.93 | $2,104.82 |
| 05/09/24 | 07/01/22 | $2,106.93 | $2,106.93 | $2,104.82 |
| 05/29/24 | 08/01/22 | $2,106.93 | $2,106.93 | $2,104.82 |
| 06/24/24 | 09/01/22 | $2,106.93 | $2,106.93 | $2,106.93 |
| 07/16/24 | 10/01/22 | $2,106.93 | $2,106.93 | $2,106.93 |
| 07/29/24 | 11/01/22 | $2,106.93 | $2,106.93 | $2,106.93 |
| 09/10/24 | 12/01/22 | $2,116.41 | $2,116.41 | $2,106.93 |
| 10/17/24 | 01/01/23 | $2,116.41 | $2,116.41 | $2,106.93 |
| 10/21/24 | 02/01/23 | $2,116.41 | $2,116.41 | $2,106.93 |
| 12/05/24 | 03/01/23 | $2,116.41 | $2,116.41 | $2,116.41 |
| 12/30/24 | 04/01/23 | $2,116.41 | $2,116.41 | $2,116.41 |
| 01/30/25 | 05/01/23 | $2,116.41 | $2,116.41 | $2,116.41 |
| 02/21/25 | 06/01/23 | $2,116.41 | $2,116.41 | $2,116.41 |
| | Correction Adj. | | $0.00 | $2,423.28 |
| | 07/01/23 | $2,116.41 | $2,116.41 | |
| | 08/01/23 | $2,116.41 | $2,116.41 | |
| Due | 09/01/23 | $2,116.41 | $2,116.41 | 0.00 |
| Due | 10/01/23 | $2,116.41 | $2,116.41 | 0.00 |
| Due | 11/01/23 | $2,130.69 | $2,130.69 | 0.00 |
| Due | 12/01/23 | $2,130.69 | $2,130.69 | 0.00 |
| Due | 01/01/24 | $2,130.69 | $2,130.69 | 0.00 |
| Due | 02/01/24 | $2,130.69 | $2,130.69 | 0.00 |
| Due | 03/01/24 | $2,130.69 | $2,130.69 | 0.00 |
| Due | 04/01/24 | $2,130.69 | $2,130.69 | 0.00 |
| Due | 05/01/24 | $2,130.69 | $2,130.69 | 0.00 |
| Due | 06/01/24 | $2,130.69 | $2,130.69 | 0.00 |
| Due | 07/01/24 | $2,130.69 | $2,130.69 | 0.00 |
| Due | 08/01/24 | $2,130.69 | $2,130.69 | 0.00 |
| Due | 09/01/24 | $2,145.02 | $2,145.02 | 0.00 |
| Due | 10/01/24 | $2,145.02 | $2,145.02 | 0.00 |
| Due | 11/01/24 | $2,145.02 | $2,145.02 | 0.00 |
| Due | 12/01/24 | $2,145.02 | $2,145.02 | 0.00 |
| Due | 01/01/25 | $2,145.02 | $2,145.02 | 0.00 |
| Due | 02/01/25 | $2,145.02 | $2,145.02 | 0.00 |
| Due | 03/01/25 | $2,145.02 | $2,145.02 | 0.00 |
| | | | $0.00 | |
| | | | $0.00 | |
| | | | $0.00 | |

| | | | |
|---|---|---|---|
| Total Due | | $171,065.11 | $168,641.83 |
| Total Received | | | $132,165.75 |

The contents of this document are RESTRICTED to authorized individuals. Any unauthorized access, use or duplication is strictly prohibited